```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 4 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

     - v. -

FATIMA WOODS,

    a/k/a "Fatima Frazier,"
    a/k/a "Shaniqua Frazier,"
    a/k/a "Shaniqua Tarrine,"
    a/k/a "Fatima Clark,"
    a/k/a "Melissa Clark,"
    a/k/a "Alisha Williams,"

     Defendant.

- - - - - - - - - - - - - - - - - X

**INDICTMENT**

18 Cr.

**18 CRIM 423**

**JUDGE FORREST**

COUNT ONE

The Grand Jury Charges:

    1.    From at least in or about November 2017, up to and including in or about May 2018, in the Southern District of New York and elsewhere, FATIMA WOODS, a/k/a "Fatima Frazier," a/k/a "Shaniqua Frazier," a/k/a "Shanique Tarrine," a/k/a "Fatima Clark," a/k/a "Melissa Clark," a/k/a "Alisha Williams," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that FATIMA WOODS, a/k/a "Fatima Frazier," a/k/a "Shaniqua Frazier," a/k/a "Shanique Tarrine," a/k/a "Fatima Clark," a/k/a

"Melissa Clark," a/k/a "Alisha Williams," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that FATIMA WOODS, a/k/a "Fatima Frazier," a/k/a "Shaniqua Frazier," a/k/a "Shanique Tarrine," a/k/a "Fatima Clark," a/k/a "Melissa Clark," a/k/a "Alisha Williams," the defendant, conspired to distribute and possess with intent to distribute was a quantity of mixtures and substances containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Counts One of this Indictment, FATIMA WOODS, a/k/a "Fatima Frazier," a/k/a "Shaniqua Frazier," a/k/a "Shanique Tarrine," a/k/a "Fatima Clark," a/k/a "Melissa Clark," a/k/a "Alisha Williams," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in

United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

_____  
GEOFFREY S. BERMAN  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FATIMA WOODS,
a/k/a "Fatima Frazier,"
a/k/a "Shaniqua Frazier,"
a/k/a "Shanique Tarrine,"
a/k/a "Fatima Clark,"
a/k/a "Melissa Clark,"
a/k/a "Alisha Williams,"

Defendant.

**INDICTMENT**

18 Cr.

(18 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

Foreperson.

6/14/18   Filed Indictment
Case assigned to Judge Forrest   USMJ Gorenstein   MG