# MEMORANDUM

TO: <u>Honorable George B. Daniels</u>
United States District Judge

FROM: Bernisa M. Mejia
Intensive Supervision Specialist
United States Pretrial Services Officer

RE: Fatima Woods
DOCKET#: 1:18-cr-00423-GBD-1

The attached memorandum was prepared by Intensive Supervision Specialist:

| **Bernisa M. Mejia** | **212-805-4314** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # __11A__ on __8/7/2019__ at __10:00 am__.
                               Date                  Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
           Judicial Officer

[ ]     A bench warrant shall be issued for the defendant's arrest

[ ]     So ordered: *George B. Daniels*            Date  JUL 2 5 2019