# MEMORANDUM

TO: <u>Honorable George B. Daniels</u>
United States District Judge

FROM: Bernisa M. Mejia
Intensive Supervision Specialist
United States Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 2 2019
```

RE: **Fatima Woods**
DOCKET#: 1:18-cr-00423-GBD-1

The attached memorandum was prepared by Intensive Supervision Specialist:

| **Bernisa M. Mejia** | 212-805-4314 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # __11A__ on __1/22/20__ at __10:00 am__.
                          Date                    Time

[ ]  I request that a Bail Review Hearing be conducted by:

    [ ]  The presiding Magistrate Judge in courtroom # 5A.

    [ ]  The District Court Judge presiding in Part I.

    [ ]  _____ at his/her earliest convenience.
        Judicial Officer

[ ]  A bench warrant shall be issued for the defendant's arrest

[ ]   So ordered: _____George B. Daniels_____   Date __DEC 0 2 2019__