UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against-

FATIMA WOODS,

                  Defendant.
------------------------------------- x

ORDER

18 Crim. 423-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 8, 2020 conference is adjourned to June 10, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge