UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against- : ORDER

FATIMA WOODS, : 18 Crim. 423-1 (GBD)

                          Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The April 29, 2020 conference is adjourned to August 5, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge