**MEMORANDUM**

TO:  Honorable George B. Daniels
     United States District Judge

FROM: Bernisa M. Mejia
      Intensive Supervision Specialist
      United States Pretrial Services Officer

                                    RE:      **Fatima Woods**
                                    DOCKET#: 1:18-cr-00423-GBD-1

The attached memorandum was prepared by Intensive Supervision Specialist:

| **Bernisa M. Mejia** | 212-805-4314 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on  JUN 1 0 2020  at _10:00 am_.
                          Date                Time

[ ] I request that a Bail Review Hearing be conducted by:

   [ ] The presiding Magistrate Judge in courtroom # 5A.

   [ ] The District Court Judge presiding in Part I.

   [ ] _____ at his/her earliest convenience.
       Judicial Officer

[ ]   A bench warrant shall be issued for the defendant's arrest


[ ]   So ordered: _____*George B. Daniel*_____   Date _____APR 0 6 2020_____