UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

FATIMA WOODS,

                      Defendant.

------------------------------------- x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The bail review hearing scheduled for June 10, 2020 is adjourned to August 5, 2020 at 9:45 am. The pretrial conference scheduled for June 10, 2020 is canceled. The parties are directed to file a letter updating the Court on the status of this action by July 15, 2020.

Dated: New York, New York
         June 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge