**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FATIMA WOODS,

                            Defendant.

------------------------------------x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for September 16, 2020 is adjourned to November 4, 2020 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       September 15, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge