**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------x

UNITED STATES OF AMERICA,        :

    -against-        :

               :

FATIMA WOODS,        :

               :

            Defendant.   :

               :

-------------------------------------x

**ORDER**

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for December 1, 2020 is adjourned to January 13, 2021 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York          SO ORDERED.
      November 30, 2020

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge