UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FATIMA WOODS,

                         Defendant.

------------------------------------x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for January 13, 2021 is adjourned to March 24, 2021 at 10:00 am. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
       January 12, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge