

**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864  Fax: (917) 206-4364

March 30, 2021

**SENT VIA ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **United States v. Fatima Woods**
         **1:18 Cr. 00423 (GBD)**

Dear Judge Daniels:

 I write respectfully asking the court to relieve me as counsel.  Ms Woods and I unfortunately have experienced irreconcilable differences, as I will describe below. I received a call this evening from Attorney Mitchell Elman, Esq., who has advised that Ms. Wood's has contacted him to represent her in this case.

 As I explain to the court, the differences I've experienced, I will, of course, remain mindful of my ethical obligations to Ms. Woods.  I have experienced a break-down in communication and an inability to effectively communicate with Ms. Woods.

 Unfortunately, due to our breakdown I have not been able to succeed in persuading Ms. Woods to understand my legal advice. At this point, it is clear to me that Ms. Woods requires new representation, and will benefit from Mr. Elman's representation.

 I, therefore respectfully request that the court relieve me as Ms. Woods' counsel, and to accept Mr. Ellman's Notice of Appearance, so she may enjoy the counsel of her choice, at this important stage in her case.

 I look forward to conferencing this matter with Your Honor tomorrow morning 10AM.

            Respectfully,

            /s/ Barry S. Zone

            Barry S. Zone

cc: AUSA Ryan Finkel
 AUSA Jessica Greenwood
 Mitchell Elman, Esq.