UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

   -against-

FATIMA WOODS,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Crim. 423 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2021

GEORGE B. DANIELS, United States District Judge:

The trial is scheduled for August 2, 2021 is canceled.

Dated: New York, New York
   May 12, 2021

SO ORDERED.

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge