UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FATIMA WOODS,

                              Defendant.

------------------------------------x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference scheduled for June 30, 2020 is canceled.

Dated: New York, New York
       May 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge