UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

       -against-

FATIMA WOODS,

                          Defendant.

------------------------------------- x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's request for a temporary modification of her pretrial release conditions to travel with her son for a summer basketball program (ECF No. 84), which the Government and the Pretrial Services Office oppose (ECF No. 85), is DENIED.

Dated: New York, New York
       July __, 2021
**JUL 2 6 2021**

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge