**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

FATIMA WOODS,

                        Defendant.

------------------------------------- x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from November 10, 2021 to November 30, 2021 at 10:00 a.m.

Dated: New York, New York
       November 4, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE