**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
**377 OAK STREET, SUITE 415**
**GARDEN CITY, NY  11530**
**Telephone   (516) 586-6666**
**Facsimile    (516) 345-2517**

November 10, 2021

<u>VIA ECF</u>
The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                        Re:  <u>USA v. Fatima Woods</u>
                             <u>Docket No. 18-CR-423-01 (GBD)</u>

Dear Judge Daniels,

      We are contacting the Court to address issues related to the upcoming sentencing of Fatima Woods, which is now scheduled for November 30, 2021, at 10:00 AM.

      Defense counsel has worked diligently to prepare for sentencing, but we have recently reached an impasse with Ms. Woods.  Ms. Woods has recently raised multiple issues in connection with her prosecution, and despite the efforts of myself and our mitigation specialist/sentencing consultant, Leslie Lockwood, we have been unable to ameliorate her concerns.

      We are in receipt of a Motion To Withdraw From Plea Agreement filed by Ms. Woods, Pro Se to the Court, dated November 1, 2021, in which Ms. Woods has informed the Court of her interest in withdrawing her plea, and has requested additional time to obtain new counsel.  At this time, we are respectfully requesting an immediate status conference to address these issues.  Please advise as to whether this is acceptable to the Court.  We apologize for any disruption this may cause to the Court's anticipated timeline for this case.

                                      Respectfully submitted,

                                      **/s/ Mitchell C. Elman**

                                      MITCHELL C. ELMAN

Cc:    Assistant U.S. Attorney Jessica Greenwood
         Assistant U.S. Attorney Ryan B. Finkel
         U.S. Probation Officer Simone B. Belgrave
         Ms. Fatima Woods (Via Email)