**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

      -against-

FATIMA WOODS,

                    Defendant.

------------------------------------ x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's pro se letter request, dated November 4, 2021, to withdraw her guilty plea is

DENIED.

Dated: New York, New York
       November 30, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge