**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
**377 OAK STREET, SUITE 415**
**GARDEN CITY, NY 11530**
**Telephone (516) 586-6666**
**Facsimile (516) 345-2517**

January 7, 2022

VIA ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JAN 11 2022

Re: USA v. Fatima Woods
Docket No. 18-CR-423-01 (GBD)

Dear Judge Daniels,

    We are contacting the Court regarding the defense sentencing submission that is due to be filed today, January 7, 2022. Due to current COVID protocols at my office and for my staff, the defense is respectfully requesting one (1) additional week to file the defense sentencing submission to January 14, 2022.

    The defense will be ready to proceed with the current sentencing date of February 2, 2022 at 10:30am. Thank you for your consideration. The defense apologizes for any inconvenience this may cause. Happy and healthy New Year to you and your staff.

Respectfully submitted,

**/s/ Mitchell C. Elman**

MITCHELL C. ELMAN

Cc: Assistant U.S. Attorney Jessica Greenwood
      Assistant U.S. Attorney Ryan B. Finkel
      U.S. Probation Officer Simone B. Belgrave