**THE LAW OFFICE OF SAMUEL KARLINER, PLLC**
**60 EAST 42ND STREET: SUITE 1521**
**NEW YORK, N.Y. 10165**
**(718) 260-9100**

January 26, 2022

The Honorable George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Fatima Woods 18-c.r.-432-01 (GBD)**

Dear Judge Daniels:

I am submitting this letter to the Court to request your guidance. Ms. Woods has come to me and asked me to represent her at her sentencing hearing on February 2, 2022. I explained that I would need a minimum of 6-8 weeks in order to be properly prepared. In addition, I am engaged in State Supreme Court on a homicide trial and could not appear in person on February 2, 2022. At this time, I would like to ask if your honor would permit me to file a Notice of Appearance and then request an adjournment to March 17, 2022 or any date thereafter to proceed with the sentencing of Ms. Woods.

Thank you for your consideration and understanding.

Respectfully submitted,


Samuel Karliner