**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

FATIMA WOODS,

                       Defendant.

------------------------------------- x

JAN 31, 2022

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

The request to adjourn sentencing from February 2, 2022 to March 17, 2022, (ECF No. 102), is DENIED.

Dated: January 27, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge