

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2022

**BY ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Fatima Woods,* 18 Cr. 423 (GBD)

Dear Judge Daniels:

The Government writes to correct a misstatement in its supplemental submission from earlier today. The Government stated that Son was in the custody of the defendant at the time of two of her drug arrests – one in 2009 and again during her arrest in this case in 2018. In fact, Son was in his mother's custody only at the time of her 2009 drug arrest. The Government apologizes for the confusion, which resulted from a misreading of a draft agent report.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/*
Jessica Greenwood / Ryan B. Finkel
Assistant United States Attorneys
(212) 637-1090 / 6612

Cc: Mitchell Elman, Esq. (by ECF)

Rev. 07.20.2016