UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FATIMA WOODS,

                                 Defendant.

------------------------------------------------------------x

ORDER

18 Crim. 423 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant requests an order modifying the terms of her pre-trial release to remove curfew and electronic monitoring.  (ECF No. 112.)  Defendant's request is DENIED.

Dated: March 25, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge