UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

FATIMA WOODS,

Defendant.

------------------------------------x

ORDER ADJOURNING DEFENDANT'S SURRENDER DATE

18 Cr. 423-01 (GBD)

GEORGE B. DANIELS, United States District Judge:

WHEREAS on February 3, 2022, this Court sentenced Defendant to two years' imprisonment (ECF No. 109);

WHEREAS this Court ordered Defendant to surrender for service of her sentence by 2:00 p.m. on April 29, 2022 (*id.*);

WHEREAS, without objection of the Government, Defendant has applied to the Court for a 60-day adjournment of her surrender date in order to receive medical treatment;

**IT IS HEREBY ORDERED** that Defendant's surrender date is adjourned to 2:00 p.m. on June 30, 2022.

Dated: April 28, 2022
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE