**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

             -against-      :

     :            ORDER

FATIMA WOODS,      :

     :            18 Crim. 423 (GBD)

                     Defendant.    :

     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Defendant's request to remove electronic monitoring is GRANTED. Defendant's request

to lift her midnight curfew is DENIED.

Dated: May, 23 2022                      SO ORDERED.
       New York, New York

*George B Daniel*

GEORGE B. DANIELS
United States District Judge