UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

FATIMA WOODS,

Defendant.

------------------------------------x

ORDER ADJOURNING DEFENDANT'S
SURRENDER DATE

18 Cr. 423-01 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for a four-month extension of her surrender date is DENIED.

Defendant is ordered to surrender no later than 2:00 p.m. on August 1, 2022. No further extensions will be granted.

Dated: June 29, 2022
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge